UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES and KIMBERLEE SEXTON,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GREENSKY, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23-CV-169 TWR (MSB)<br><br>**ORDER APPROVING STIPULATION TO SUBMIT PLAINTIFF JAMES SEXTON'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO ARBITRATION AND TO STAY CASE**<br><br>(ECF No. 38) |

Presently before the Court is the Stipulation to Submit Plaintiff James Sexton's Claims Against Defendant Experian Information Solutions, Inc. ("Experian") to Arbitration and to Stay Case ("Stip.," ECF No. 38). Good cause appearing, the Court **APPROVES** the Stipulation. Accordingly, Plaintiff James Sexton and Defendant Experian **SHALL PROCEED TO ARBITRATION** before the American Arbitration Association pursuant to its Consumer Arbitration Rules, and the Court **STAYS** this action as between Plaintiff James Sexton and Defendant Experian, pending completion of the arbitration. This stay shall extend to all outstanding discovery obligations between Plaintiff James Sexton and Defendant Experian and the Court's Scheduling Order deadlines as

between Plaintiff James Sexton and Defendant Experian.  *To be clear, the action is not stayed as between Plaintiff James Sexton and the other defendants.*

Plaintiff James Sexton and Defendant Experian **SHALL FILE** a Joint Status Report concerning the status of the arbitration every one hundred and eighty (180) days until the arbitration is complete or Plaintiff James Sexton dismisses his claims against Defendant Experian in this action.  In the event that the remaining Defendants are dismissed such that all claims in this action are subject to arbitration, the Court reserves the right to exercise its discretion to dismiss this case without prejudice.  *See, e.g.*, *Cooper v. Equifax Info. Servs., LLC*, No. 219CV01124JADDJA, 2020 WL 5848667, at *4 (D. Nev. Sept. 30, 2020); *see also Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (citing *Sparling v. Hoffman Constr. Co.*, 864 F.2d 635, 638 (9th Cir. 1988)).

**IT IS SO ORDERED.**

Dated:  July 31, 2023

_____
Honorable Todd W. Robinson
United States District Judge