

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberlee Sexton<br><br>Plaintiff,<br>V.<br><br>Experian Information Solutions, Inc.<br><br>Defendant. | Civil Action No. 23-cv-00169-TWR-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to Rule 68, Judgment is entered in favor of Plaintiff and against Defendant Experian Information Solutions, Inc. in the sum of oten thousand dollars and zero cents ($10,000.00) to Plaintiff Kimberlee Sexton ("Plaintiff"), as set out and pursuant to all other terms of, the Offer of Judgment.

Date: 1/16/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy